■ JEAN JOHNSON, Individually and as Parent and Natural Guardian of MICHAEL STACHEWICZ, III, Appellant, v JOHN G. MANNA et al., Respondents, et al., Defendants. (Appeal No. 1.) [967 NYS2d 863]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered December 9, 2011. The order, insofar as appealed from, denied the motion of plaintiff for partial summary judgment.

■ JEAN JOHNSON, Individually and as Parent and Natural Guardian of MICHAEL STACHEWICZ, III, Appellant, v JOHN G.

MANNA et al., Respondents, et al., Defendants. (Appeal No. 3.) [967 NYS2d 863]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered September 12, 2012. The order, among other things, denied the motion of plaintiff to deem abandoned the motion of defendants John G. Manna and Roberta S. Manna to strike the note of issue.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.